FILED: November 8, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1320
(7:16-cv-00095-GEC)
_____

BRYAN MANNING; RYAN WILLIAMS; RICHARD DECKERHOFF;
RICHARD EUGENE WALLS

        Plaintiffs - Appellants

v.

DONALD CALDWELL, Commonwealth's Attorney for the City of Roanoke;
MICHAEL NEHEMIAH HERRING, Commonwealth's Attorney for the City of
Richmond

        Defendants - Appellees

------------------------------

NATIONAL LAW CENTER ON HOMELESSNESS & POVERTY

        Amicus Supporting Appellant

_____

O R D E R
_____

A majority of judges in regular active service and not disqualified have voted

to order rehearing en banc in this case. The parties shall file 16 additional paper

copies of their briefs and appendices previously filed in this case by November 30,

2018. This case is scheduled for oral argument before the en banc court on January 30, 2019.

For the Court

/s/ Patricia S. Connor, Clerk